IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

   Plaintiff

v.

MICHAEL RAY CRAWLEY,

   Defendant.

CASE NO. 21-CR-196-JFH

## ORDER

  This matter comes on for consideration of Plaintiff's Motion to Dismiss Indictment [Dkt. No. 43]. Plaintiff requests leave to dismiss the Indictment [Dkt. No. 19] without prejudice as to Defendant Michael Ray Crawley ("Defendant"). Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against the Defendant is not contrary to the public interest, nor is it for an improper purpose, and Plaintiff's motion to dismiss should be granted.

  **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss Indictment [Dkt. No. 43] is **GRANTED**, and the Indictment [Dkt. No. 19] is **dismissed** as to Defendant Michael Ray Crawley.

  Dated this 6th day of December 2021.

                JOHN F. HEIL, III
                UNITED STATES DISTRICT JUDGE